# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON LLC, a Nevada Limited Liability Co., | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV55 |
| vs. | ) ) | ORDER |
| THOMAS I. APPERSON, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to File Amended Complaint (Filing No. 21). The plaintiff attached a copy of the proposed complaint to the motion. **See** Filing No. 21, Exhibit A. The plaintiff seeks to amend the complaint to include additional defendants. The Order Setting Schedule for Initial Progression of a Case sets the deadline for adding parties by the plaintiff as September 1, 2005 (Filing No. 16). The plaintiff stated in its motion it was unaware of an objection to the motion, and neither defendant has filed an objection. Upon consideration,

**IT IS ORDERED:**

1.    The plaintiff's Motion for Leave to File Amended Complaint (Filing No. 21) is granted.

2.    The plaintiff shall have to **on or before September 26, 2005**, to file the amended complaint.

Dated this 20th day of September, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge