FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 20 AM 9: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT STREET VENTURES,<br><br>Defendant. | Case No. 8:04CV586<br><br>**ORDER** |
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS I. APPERSON and WALTER VAN PARKER, Individuals,<br><br>Defendants. | Case No. 8:05CV55 |

This matter comes before the Court on the Motion to Seal ("Motion") filed by Prospect Street Ventures ("Prospect") seeking to file under seal the following: (a) Defendants' Joint Opposition to Cornhusker Energy Lexington, LLC's Motion To Enforce Settlement Agreement and Prospect Street Ventures' Reply to Cornhusker's Opposition to Prospect's Motion to Enforce Settlement Agreement ("Joint Opposition Brief"); (b) Index of Evidence In Support of Defendant's Joint Opposition to Cornhusker Energy Lexington, LLC's Motion To Enforce Settlement Agreement and Prospect Street Ventures' Reply to Cornhusker's Opposition to Prospect's Motion to Enforce Settlement Agreement ("Joint Opposition Index"); and

4820-6029-2353.1                           4

(c) Affidavits of Joseph P. Tucker, David C. Houghton, and Supplemental Affidavit of Bartholomew L. McLeay (collectively ("Joint Opposition Affidavits")). After considering the Motion and accompanying documents, and being fully advised in the premises,

IT IS ORDERED that the Motion shall be and the same is hereby granted;

IT IS FURTHER ORDERED that Joint Opposition Brief, Joint Opposition Index and Joint Opposition Affidavits shall be filed and maintained under seal until further order of this Court.

Dated this ___ day of November, 2006.

BY THE COURT:

Joseph F. Bataillon
United States District Court Judge

4820-6029-2353.1

5