## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORNHUSKER ENERGY LEXINGTON, LLC, a Nevada Limited-Liability Company, | ) ) ) | Case No: 8:05cv55 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER TO DISMISS WITH PREJUDICE** |
| THOMAS I. APPERSON and WALTER VAN PARKER, Individuals, SIPPICAN GROUP LLC, a Delaware Limited Liability Company, and HALYARD RESTRUCTURING GROUP LLC, a Connecticut Limited Liability Company. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The Court, being fully advised in the premises, finds that the Stipulation to Dismiss with Prejudice is true and correct in all respects and should be granted.

IT IS THEREFORE ORDERED that this action and all claims, counterclaims and appeals are dismissed with prejudice with each party to bear its own costs and fees.

Dated this 7th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge

| | |
|---|---|
| PREPARED AND SUBMITTED BY: CORNHUSKER ENERGY LEXINGTON, LLC, Plaintiff, | APPROVED AS TO FORM AND CONTENT: |

By: s/
Gregory C. Scaglione, #19368
   John M. Lingelbach, #20429
   Heather S. Voegele, #22730
   David Yudelson, #23257
   KOLEY JESSEN P.C.
   1125 South 103 Street, Suite 800
   Omaha, Nebraska 68124
   (402) 390-9500
   (402) 390-9005 (Fax)
   Greg.Scaglione@koleyjessen.com
   John.Lingelbach@koleyjessen.com
   Heather.Voegele@koleyjessen.com
   David.Yudelson@koleyjessen.com

Attorneys for Plaintiff.

By: s/
   David S. Houghton, #15204
   William G. Garbina, #20069
   LIEBEN, WHITTED, HOUGHTON,
   SLOWIACZEK & CAVANAGH,
   P.C., L.L.O.
   100 Scoular Building, 2027 Dodge St.
   Omaha, NE 68102
   (402) 344-4000
   (402) 930-1099 – FAX
   dhoughton@liebenlaw.com
   wgarbina@liebenlaw.com

Attorneys for Defendants.